■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC M. GORDON, Appellant. [732 NYS2d 390] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him after a jury trial of one count of criminal contempt in the first degree (Penal Law § 215.51 [b] [v]) five counts of criminal contempt in the second degree (Penal Law § 215.50 [3]) and three counts of tampering with a witness in the fourth degree (Penal Law § 215.10). We reject the contention of defendant that he was denied a fair trial by juror misconduct. When each alleged instance of misconduct was brought to Supreme Court's attention, the court conducted a thorough inquiry before determining that neither juror disqualification nor a mistrial was required (*see*, CPL 270.35; *People v Ortiz,* 54 NY2d 288, 292; *People v Williams,* 242 AD2d 917, 918, *lv denied* 91 NY2d 899). We further conclude that defendant was not denied his constitutional right to a speedy trial. Defendant failed to show that his defense was impaired by reason of the delay (*see, People v Taranovich,* 37 NY2d 442, 445). Defendant was also not denied his statutory right to a speedy trial (*see*, CPL 30.30 [1] [a]; *People v Stone,* 265 AD2d 891, 892-893, *lv denied* 94 NY2d 907). The sentence is neither unduly harsh nor severe. Defendant has failed to preserve his remaining contentions for our review (*see*, CPL 470.05 [2]), and we decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Criminal Contempt, 1st Degree.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.